# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:08cv79

| | |
|---|---|
| WACHOVIA BANK,      ) | |
|                ) | |
|      Plaintiff,     ) | |
|                ) | |
|      vs.          ) | **O R D E R** |
|                ) | |
| INTEGRATED PRINTING  ) | |
| SOLUTIONS, LLC.,     ) | |
|                ) | |
|      Defendant.    ) | |
| _____) | |

**THIS MATTER** is before the Court *sua sponte*.

On April 1, 2008, the Magistrate Judge granted the Defendant an extension of time within which to file answer or otherwise respond based on a representation by the parties that the case had settled. The extension expired on April 25, 2008; however, the parties have not filed a stipulation of dismissal, the Plaintiff has not file a voluntary dismissal, and the Defendant has not answered or otherwise responded to the Complaint. No further extension has been sought by any party.

**IT IS, THEREFORE, ORDERED** that on or before May 5, 2008, the parties shall file such documents with the Court that reflect the dismissal of this action, or the Defendant shall file answer or such other responsive pleading as is appropriate.

Signed: April 30, 2008

Martin Reidinger
United States District Judge

Signed: April 30, 2008